IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN EUGENE COLLINS, JR., | No. C 13-1471 RMW |
| Plaintiff, | ORDER OF TRANSFER |
| vs. | |
| TIM VIRGA, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, filed the instant civil rights action under 42 U.S.C. § 1983 against officials at California State Prison, Sacramento located in Represa, California. Because Represa lies within the venue of the Eastern District of California, venue properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, this case is **TRANSFERRED** to the Eastern District of California. See 28 U.S. C. § 1406(a).

The Clerk shall terminate any pending motions and transfer the entire file to the Eastern District of California.

DATED: _____

RONALD M. WHYTE
United States District Judge

Order of Transfer
G:\PRO-SE\SJ.Rmw\CR.13\Collins471trans.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MARRIN E. COLLINS,

        Plaintiff,

  v.

TIM VIRGA ET AL et al,

        Defendant.

Case Number: CV13-01471 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 16, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Marvin Eugene Collins AM6829
C.S.P. Sacramento
P.O. Box 290066
Represa, CA 95671

Dated: May 16, 2013

                                      Richard W. Wieking, Clerk
                                      By: Jackie Lynn Garcia, Deputy Clerk